JOSEPHINE FENCL, Individually and as Guardian ad Litem of ANTONIA FENCL, an Infant, Respondents, *v.* NELSON BROS. COAL COMPANY, et al., Appellants.

Submitted October 18, 1937; decided November 16, 1937.

*William B. Davis, William J. Magee* and *James E. Turner* for appellants.

*Arthur N. Seiff* and *Elliott Lasker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.